# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNION HOSPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:14-cv-00045-JMS-WGH |
| | ) | |
| vs. | ) | |
| | ) | |
| ATTACHMATE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), Plaintiff, Union Hospital, Inc., and Defendant, Attachmate Corporation, by their respective counsel, hereby stipulate and agree to the dismissal with prejudice of the above-entitled cause as to all claims and counterclaims.  Each party shall bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

STITES & HARBISON PLLC                          ICE MILLER LLP


*s/ Amy S. Cahill*                                                  *s/ Stephen E. Reynolds*
Amy S. Cahill                                                       Michael A. Wukmer (#2223-49)
*Attorney for Defendant Attachmate*           Stephen E. Reynolds (#28032-49)
*Corporation*                                                       *Attorneys for Plaintiff Union Hospital, Inc.*
I/3585228.1