UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNION HOSPITAL, INC., | ) |
| Plaintiff, | ) Case No. 2:14-cv-00045-JMS-WGH |
| vs. | ) |
| ATTACHMATE CORPORATION, | ) |
| Defendant. | ) |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the Stipulation of Dismissal With Prejudice heretofore filed by Plaintiff and Defendant;

And the Court, being duly advised in the premises, now ***ORDERS, ADJUDGES AND DECREES*** that this matter, including all claims and counterclaims, is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: 05/07/2014

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.